```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-61525-CIV-ZLOCH
```

DAVID SVETLICK, et al.,

    Plaintiffs,

vs.                                      **DEFAULT FINAL JUDGMENT**
                                            Re: LIABILITY

CHRIS M. LUCIUS d/b/a JOB-RITE
ELECTRICAL CONTRACTING,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiffs' Motion For Partial Final Default Judgment And Extension of Time To Move For Final Default Judgment (DE 7). The Court has carefully reviewed said Motion and the entire Court file and is otherwise fully advised in the premises.

    Plaintiffs initiated the above-styled cause with the filing of their Complaint (DE 1) claiming Defendant violated the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001, et seq. (hereinafter "ERISA"). Plaintiffs allege that Defendant failed to make required contributions to employee welfare plan funds covered by ERISA. Defendant failed to file his response to the Complaint (DE 1) within the time required by law, and the Court previously entered Default against him. DE 6. Plaintiffs now move for Default Final Judgment as to liability only, because they are unable to prove the amount of their damages absent some discovery.

    The well-pleaded allegations made in Plaintiffs' Complaint (DE 1) are deemed admitted by virtue of the default entered herein.

<u>Cotton v. Mass. Mut. Life Ins. Co.</u>, 402 F.3d 1267, 1277-78 (11th Cir. 2005) (citations omitted).  Thus, it is deemed admitted that Defendant was obligated and failed to make contributions to the employee welfare and multiemployer plans at issue, all in violation of 29 U.S.C. § 1145.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court has jurisdiction over the Parties hereto and the subject matter herein;

2. Plaintiffs Motion For Partial Final Default Judgment And Extension of Time To Move For Final Default Judgment (DE 7) be and the same is hereby **GRANTED**;

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment Re: Liability be and the same is hereby **ENTERED** in favor of Plaintiffs and against Defendant Chris M. Lucius d/b/a Job-Rite Electrical Contracting; and

4. Plaintiffs shall file their Motion For Default Final Judgment Re: Damages by <u>noon</u> on <u>Thursday, April 30, 2009</u>.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this <u>  29th  </u> day of January, 2009.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record