UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61525-CIV-ZLOCH

DAVID SVETLICK, et al.,

    Plaintiffs,

vs.                               **DEFAULT FINAL JUDGMENT**
                                       **Re: DAMAGES**

CHRIS M. LUCIUS d/b/a JOB-RITE
ELECTRICAL CONTRACTING,

    Defendant.

_____/

    THIS MATTER is before the Court upon Plaintiffs' Motion For Final Default Judgment (DE 11). The Court has carefully reviewed said Motion and the entire Court file and is otherwise fully advised in the premises.

    Plaintiffs initiated the above-styled cause with the filing of their Complaint (DE 1) claiming Defendant violated the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001, et seq. (hereinafter "ERISA"). Plaintiffs allege that Defendant failed to make required contributions to employee welfare plan funds covered by ERISA. Defendant failed to file his response to the Complaint (DE 1) within the time required by law, and the Court previously entered Default (DE 6) and Default Final Judgment Re: Liability (DE 8) against him. After obtaining necessary discovery materials, Plaintiffs now move for Default Final Judgment as to damages.

    By prior Order, the Court found that by virtue of the default entered herein, Cotton v. Mass. Mut. Life Ins. Co., 402 F.3d 1267, 1277-78 (11th Cir. 2005) (citations omitted), Defendant admits that

he was obligated and failed to make contributions to the employee welfare and multiemployer plans at issue, all in violation of 29 U.S.C. § 1145. DE 8. The instant Motion and the Exhibit attached thereto establishes the precise amount of damages, including actual damages as well as liquidated damages and interest pursuant to the Parties' Collective Bargaining Agreement. See DE 11, Ex. A; DE 1, Ex. A.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court has jurisdiction over the Parties hereto and the subject matter herein;

2. Plaintiffs' Motion For Final Default Judgment (DE 11) be and the same is hereby **GRANTED**;

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment Re: Damages be and the same is hereby **ENTERED** in favor of Plaintiffs and against Defendant Chris M. Lucius d/b/a Job-Rite Electrical Contracting;

4. Plaintiffs do have and recover from Defendant Chris M. Lucius d/b/a Job-Rite Electrical Contracting the sum of $27,556.25, together with interest thereon at a rate of 0.52% per annum, for all of which let execution issue;

5. The Court shall entertain a separate Motion for attorney's fees and costs, which shall set forth the grounds for such an award and shall comply with Local Rule 7.3.A of the United States

District Court for the Southern District of Florida; and

    6. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __1st__ day of May, 2009.

                                         WILLIAM J. ZLOCH
                                         United States District Judge

Copies furnished:

All Counsel of Record